# Order

Michigan Supreme Court
Lansing, Michigan

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143342(91)

CHARTER TOWNSHIP OF LYON,
   Plaintiff-Appellee,

v

McDONALD'S USA, L.L.C.,
   Defendant,

and

MILFORD ROAD EAST DEVELOPMENT
ASSOCIATES, L.L.C.,
   Intervening Defendant-Appellant.

_____

SC: 143342
COA: 294074
Oakland CC: 2007-083871-CC

   On order of the Chief Justice, the motion by Michigan Chamber Litigation Center for leave to file a brief *amicus curiae* in this case is considered and it is granted.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

_____
Clerk